# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TASIA FAUNTLEROY,<br><br>         Plaintiff,<br><br>v.<br><br>HUMANA INC., ET AL.,<br><br>         Defendant. | No. 2:22-cv-6808<br><br>The Honorable Joseph H. Rodriguez |

## STIPULATION OF DISMISSAL

The parties to this civil action, Plaintiff, Tasia Fauntleroy, and Defendants, Humana Inc. and Humana Marketpoint, Inc., by their undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party bearing its own costs and fees.

| | |
|---|---|
| Respectfully submitted,<br><br>CONSOLE MATTIACCI LAW<br><br>*/s Lane Schiff*<br>Lane Schiff<br>1525 Locust St, 9th Floor<br>Philadelphia, PA 19103<br>215-545-7676<br>schiff@consolelaw.com<br><br>Attorney for Plaintiff Tasia Fauntleroy<br><br>Date: May 8, 2024 | Respectfully submitted,<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>*/s/ Jennifer L. Pacicco*<br>Jennifer L. Pacicco<br>1735 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>215-995-2824<br>jennifer.pacicco@ogletree.com<br><br>Attorney for Defendants Humana Inc. and Humana Marketpoint, Inc.<br><br>Date: May 8, 2024 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TASIA FAUNTLEROY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUMANA INC., ET AL., ) <br> ) <br> Defendant. ) | No. 2:22-cv-6808 <br><br> The Honorable Joseph H. Rodriguez |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of May, 2024, a true and correct copy of the foregoing Stipulation of Dismissal was electronically filed and is available for viewing and downloading from the ECF system.


*/s/ Jennifer L. Pacicco*
Jennifer L. Pacicco
*Attorney for Defendants*